**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Matchbox Business, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Matchbox Diner & Drinks**<br>**FDBA  Brandywine Business, LLC** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1326769** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1345 Lake Drive SE**<br>**Grand Rapids, MI 49506**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kent**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.matchboxdiner.com**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor   **Matchbox Business, LLC**     Case number (if known) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

| Debtor | **Matchbox Business, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Matchbox Business, LLC**
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*)

Debtor  **Matchbox Business, LLC**_____  Case number (*if known*)_____
      Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  9, 2024**_____
      MM / DD / YYYY

**X** */s/ Nathan Orange*_____   **Nathan Orange**_____
    Signature of authorized representative of debtor   Printed name

Title  **Member**_____

**18. Signature of attorney**

**X** */s/ Steven M. Bylenga*_____   Date  **May  9, 2024**_____
    Signature of attorney for debtor   MM / DD / YYYY

**Steven M. Bylenga P73492**_____
Printed name

**CBH Attorneys & Counselors, PLLC.**_____
Firm name

**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**_____
Number, Street, City, State & ZIP Code

Contact phone  **616-608-3061**_____   Email address  **nikki@chasebylenga.com**_____

**P73492 MI**_____
Bar number and State

## Consent Resolution to Reorganize under Chapter 11, Subchapter V, of the United States Bankruptcy Code

WHEREAS, Matchbox Business, LLC is a Michigan limited liability company ("Company"); and

WHEREAS, Nathan Orange and Eric Chaitin are the members (jointly "Members") of Company;

WHEREAS, the Members have reviewed the financial condition of Company and discussed options for continued operation of the Company as a going concern; and

WHEREAS, the Members have been advised by counsel to the Company regarding the various methods available to the Company for restructuring its financial affairs or winding down its business affairs and liquidating the Company's assets, including filing for relief under Title 11 of the United States Code (the "Bankruptcy Code"), assignment for the benefit of creditors, or settlement of claims with individual creditors of the Company; and

WHEREAS, the Members have determined that it is in the best interest of the Company, its creditors, shareholders, employees, and other interested parties, that the Company attempt to restructure its financial affairs under the provisions of Chapter 11, Subchapter V, of the Bankruptcy Code based on the Members' analysis of each of the other alternatives and management's recommendations with respect thereto; and

WHEREAS, the Members wishes to authorize the officers of the Company to take certain actions in connection with commencing and prosecuting a Chapter 11, Subchapter V case, including filing a voluntary petition for relief under the provisions of the Chapter 11, Subchapter V, of the Bankruptcy Code and causing a Plan of Reorganization to be prepared for consideration and approval by the Company's creditors, members, other interest parties, and the Bankruptcy Court;

NOW THEREFORE IT IS RESOLVED that, in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties, that the Company commence a Chapter 11 case by filing a voluntary petition for relief under the provisions of Chapter 11, Subchapter V, of the Bankruptcy Code; and it is

FURTHER RESOLVED that Nathan Orange (the "Authorized Officer") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Michigan in which the principal executive offices of the Company are located (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Authorized Officer may deem necessary, proper, or desirable in connection with the Chapter 11 case, with a view to successful prosecution of the case; and it is

FURTHER RESOLVED that the law firm of CBH Attorneys & Counselors, PLLC, with offices at 25 Division S., Suite 500, Grand Rapids, Michigan 49503 be, and hereby is, employed

as attorneys for the Company under an Engagement Letter and pursuant to such other terms and conditions as the Authorized Officer may determine and as set forth in a written retainer agreement; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to take such action as may reasonably be required to settle or reduce the claims of creditors of the Company and/or receive value from the use or sale of the Company's assets prior to the commencement of the Company's Chapter 11 case; and it is

FURTHER RESOLVED that the Authorized Officer shall, with the assistance of counsel, enter into discussions with creditors of the Company with respect to the terms and conditions of an acceptable Plan of Reorganization, which Plan shall be submitted to the Members for review and approval, and take such actions as may be required to obtain the approval of such Plan by the Company's creditors, member, and the Bankruptcy Court; and it is

FURTHER RESOLVED that upon confirmation of the Plan of Reorganization the officers of the Company shall take such actions as may be reasonably required in order for the Company to perform its obligations under such Plan, including entering into such agreements with creditors of the Company as may be necessary to restructure any outstanding obligations of the Company to such creditors; and it is

FURTHER RESOLVED that the officers of the Company shall render regular reports to the Members regarding the progress of the Chapter 11 case and that the officers and the Members shall continue to meet on a regular basis during the Chapter 11 case to discharge its duties as the debtor-in-possession of the Company's assets.

Dated: 3/19/24        By: _____
                          Nathan Orange

Dated: 3/19/24        By: _____
                          Eric Chaffin

# Balance Sheet
## As of 3/31/2024

Matchbox Business LLC

| | Matchbox Business LLC | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Asset** | | |
| 1000 - Undeposited Funds | 3,362.09 | 3,362.09 |
| 1010 - Change and Petty Cash | 3,840.70 | 3,840.70 |
| 1025 - Checking - Matchbox Huntington | -3,798.05 | -3,798.05 |
| 1027 - Savings - Matchbox Huntington | 2,302.01 | 2,302.01 |
| 1028 - Members First Savings | 5.00 | 5.00 |
| 1029 - Members First Checking | 25.00 | 25.00 |
| 1032 - Toast Savings account | 21,630.48 | 21,630.48 |
| 1354 - Due To/From Ottawa Beach | 619,432.76 | 619,432.76 |
| 1355 - Due To/From Business LLC | 438,156.64 | 438,156.64 |
| 1359 - Due To/From River & Odi Mermaid Properties, LLC | 400.00 | 400.00 |
| 1360 - Due From Nate Orange - Loan Receivable | 100,000.00 | 100,000.00 |
| **Food Inventory** | | |
| 1410 - Food Inventory | 10,610.46 | 10,610.46 |
| **Total Food Inventory** | 10,610.46 | 10,610.46 |
| **Alcohol Inventory** | | |
| 1440 - Liquor Inventory | 6,482.50 | 6,482.50 |
| 1445 - Beer Inventory | 1,425.87 | 1,425.87 |
| 1450 - Wine Inventory | 1,550.32 | 1,550.32 |
| **Total Alcohol Inventory** | 9,458.69 | 9,458.69 |
| **Total Current Asset** | **1,203,425.78** | **1,203,425.78** |
| **Fixed Asset** | | |
| 1510 - Land | 6,092.50 | 6,092.50 |
| 1530 - Leasehold Improvement Assets | 232,850.57 | 232,850.57 |
| 1540 - Furniture and Equipment Assets | 97,040.51 | 97,040.51 |
| 1541 - Computer Hardware | 7,348.20 | 7,348.20 |
| 1542 - Computer Software | 1,404.00 | 1,404.00 |
| 1543 - Website | 2,500.00 | 2,500.00 |
| **Accumulated Depreciation** | | |
| 1590 - Accumulated Depreciation | -120,066.37 | -120,066.37 |
| **Total Accumulated Depreciation** | **-120,066.37** | **-120,066.37** |
| **Total Fixed Asset** | **227,169.41** | **227,169.41** |
| **Other Asset** | | |

| Matchbox Business LLC | Total | Total |
|---|---|---|
| **Liquor (Beverage) License** | | |
| 1593 - Accumulated Amortization - | -27,222.12 | -27,222.12 |
| **Liquor License** | | |
| 1650 - Liquor (Beverage) License | 50,000.00 | 50,000.00 |
| **Total Liquor (Beverage) License** | 22,777.88 | 22,777.88 |
| **Total Other Asset** | 22,777.88 | 22,777.88 |
| **Total ASSETS** | 1,453,373.07 | 1,453,373.07 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liability** | | |
| **Accounts Payable** | | |
| 2110 - Accounts Payable | 8,215.77 | 8,215.77 |
| **Total Accounts Payable** | 8,215.77 | 8,215.77 |
| **Sales Tax Payable** | | |
| 2310 - Sales Tax Payable | 6,269.68 | 6,269.68 |
| **Total Sales Tax Payable** | 6,269.68 | 6,269.68 |
| 2330 - Wages Payable | 16,169.60 | 16,169.60 |
| **Accrued Expenses** | | |
| 2410 - Accrued Payroll | 1,133.77 | 1,133.77 |
| **Total Accrued Expenses** | 1,133.77 | 1,133.77 |
| **Other Liabilities** | | |
| 2506 - Deferred Rebate Income | 17,250.00 | 17,250.00 |
| 2510 - Gift Certificates Outstanding | 17,175.50 | 17,175.50 |
| **Total Other Liabilities** | 34,425.50 | 34,425.50 |
| **Total Current Liability** | 66,214.32 | 66,214.32 |
| **Long Term Liability** | | |
| **Notes Payable** | | |
| 2719 - EIDL Loan | 365,851.96 | 365,851.96 |
| 2726 - Loan Payable - Grand River | 55,551.88 | 55,551.88 |
| Bank | | |
| 2729 - SBA Loan | 888,800.00 | 888,800.00 |
| **Total Notes Payable** | 1,310,203.84 | 1,310,203.84 |
| **Total Long Term Liability** | 1,310,203.84 | 1,310,203.84 |
| **Total Liabilities** | 1,376,418.16 | 1,376,418.16 |
| **Equity** | | |
| **Paid in Capital** | | |
| 3201 - Capital - Eric Chaitin | -35,928.29 | -35,928.29 |
| 3205 - Capital - Nathan Orange | 50,582.08 | 50,582.08 |
| **Total Paid in Capital** | 14,653.79 | 14,653.79 |
| **Owner Draw** | | |
| 3313 - Owner Draw - Nathan Orange | 50,000.00 | 50,000.00 |
| **Total Owner Draw** | 50,000.00 | 50,000.00 |
| YTD Income | 12,301.12 | 12,301.12 |
| **Total Equity** | 76,954.91 | 76,954.91 |

|  | Matchbox Business LLC | Total |
|---|---|---|
| Total Equity | 76,954.91 | 76,954.91 |
| Total LIABILITIES & EQUITY | 1,453,373.07 | 1,453,373.07 |

# Profit & Loss - Period and YTD
## Period Ending 03/31/2024

Show All: All Locations

| | Period | | YTD | |
|---|---:|---:|---:|---:|
| **Sales** | | | | |
| Food Sales | 75,114 | 78.55% | 256,124 | 81.55% |
| Alcohol Sales | 22,401 | 23.43% | 68,589 | 21.84% |
| Comps & Discounts | -1,889 | -1.98% | -10,670 | -3.40% |
| **Total Sales** | **95,625** | **100.00%** | **314,043** | **100.00%** |
| **Prime Cost** | | | | |
| Food Cost | 26,826 | 28.05% | 73,206 | 23.31% |
| NA Beverage Cost | 1,572 | 1.64% | 4,826 | 1.54% |
| Alcohol Cost | 5,645 | 5.90% | 13,774 | 4.39% |
| Paper Packaging Cost | 507 | 0.53% | 1,739 | 0.55% |
| Merchandise Cost | | | 4 | 0.00% |
| Wages | 35,863 | 37.50% | 96,757 | 30.81% |
| Payroll Taxes | 6,138 | 6.42% | 16,013 | 5.10% |
| **Total Prime Cost** | **76,551** | **80.05%** | **206,320** | **65.70%** |
| **Operating Expense** | | | | |
| Supplies | 8,105 | 8.48% | 20,538 | 6.54% |
| Contract Cleaning | 715 | 0.75% | 715 | 0.23% |
| Equipment Rentals | 169 | 0.18% | 765 | 0.24% |
| Pest Control | | | 65 | 0.02% |
| Utilities | 2,761 | 2.89% | 8,050 | 2.56% |
| Telephone & Internet | 495 | 0.52% | 1,340 | 0.43% |
| Restaurant Technology | 937 | 0.98% | 2,341 | 0.75% |
| Insurance Expense | 1,507 | 1.58% | 4,042 | 1.29% |
| Bank Charges | | | 30 | 0.01% |
| Late Fees | 10 | 0.01% | 152 | 0.05% |
| Credit Card Fees | 14,589 | 15.24% | 37,221 | 11.85% |
| Licenses and Permits Expense | 1,430 | 1.50% | 1,430 | 0.46% |
| Miscellaneous G&A Expense | 276 | 0.29% | 469 | 0.15% |
| Cash Over/Short | -271 | -0.28% | -231 | -0.07% |
| Occupancy Costs | 7,000 | 7.32% | 21,264 | 6.77% |
| Depreciation and Amortization Expense | 1,322 | 1.38% | 3,965 | 1.26% |
| **Total Operating Expense** | **39,024** | **40.81%** | **102,157** | **32.53%** |
| **Corporate Overhead & Other** | | | | |
| Professional Services Expense | 2,528 | 2.64% | 14,178 | 4.52% |
| Interest Expense | | | 718 | 0.23% |
| **Total Corporate Overhead & Other** | **2,528** | **2.64%** | **14,896** | **4.74%** |
| **Net Profit** | **-22,477** | **-23.51%** | **-9,329** | **-2.97%** |

05/06/2024 1:11 PM

Form **1120-S**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**U.S. Income Tax Return for an S Corporation**
Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2023**

For calendar year 2023 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date 02/04/16 | **TYPE** | Name **MATCHBOX BUSINESS, LLC** |
| **B** Business activity code number (see instructions) 722511 | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. **2528 ASHVILLE DR NE** |
| **C** Check if Sch. M-3 attached ☐ | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code **GRAND RAPIDS        MI  49525** |

**D** Employer identification number **81-1326769**

**E** Date incorporated **02/04/2016**

**F** Total assets (see instructions) $ **1,458,291**

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions.  ☐ Yes  ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☒ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ...................... **2**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

**Income**

| | | | | |
|---|---|---|---|---|
| **1a** | Gross receipts or sales | 1,072,199 | **b** Less Returns and allowances | **c** Balance |
| **1c** | | | | 1,072,199 |
| **2** | Cost of goods sold (attach Form 1125-A) | | | 393,380 |
| **3** | Gross profit. Subtract line 2 from line 1c | | | 678,819 |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | |
| **5** | Other income (loss) (see instructions—attach statement) **SEE STMT 1** | | | 97,164 |
| **6** | **Total income (loss).** Add lines 3 through 5 | | | 775,983 |

**Deductions (see instructions for limitations)**

| | | |
|---|---|---|
| **7** | Compensation of officers (see instructions—attach Form 1125-E) | 73,000 |
| **8** | Salaries and wages (less employment credits) | 286,893 |
| **9** | Repairs and maintenance | 9,470 |
| **10** | Bad debts | |
| **11** | Rents | 52,500 |
| **12** | Taxes and licenses | 42,064 |
| **13** | Interest (see instructions) | 32,252 |
| **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 8,705 |
| **15** | Depletion (**Do not deduct oil and gas depletion.**) | |
| **16** | Advertising | 25,937 |
| **17** | Pension, profit-sharing, etc., plans | |
| **18** | Employee benefit programs | |
| **19** | Energy efficient commercial buildings deduction (attach Form 7205) | |
| **20** | Other deductions (attach statement) **SEE STMT 2** | 172,862 |
| **21** | **Total deductions.** Add lines 7 through 20 | 703,683 |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 6 | 72,300 |

**Tax and Payments**

| | | | |
|---|---|---|---|
| **23a** | Excess net passive income or LIFO recapture tax (see instructions) | **23a** | |
| **b** | Tax from Schedule D (Form 1120-S) | **23b** | |
| **c** | Add lines 23a and 23b (see instructions for additional taxes) | **23c** | |
| **24a** | Current year's estimated tax payments & preceding year's overpayment credited to the current year | **24a** | |
| **b** | Tax deposited with Form 7004 | **24b** | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | **24c** | |
| **d** | Elective payment election amount from Form 3800 | **24d** | |
| **z** | Add lines 24a through 24d | **24z** | |
| **25** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | **25** | |
| **26** | Amount owed. If line 24z is smaller than the total of lines 23c and 25, enter amount owed | **26** | |
| **27** | Overpayment. If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | **27** | |
| **28** | Enter amount from line 27:  Credited to 2024 estimated tax _____  Refunded | **28** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer **NATHAN ORANGE**   Date _____   Title **MEMBER**

May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name **CASEY R YOUNG, CPA** | Preparer's signature **CASEY R YOUNG, CPA** | Date **05/06/24** | Check ☐ if self-employed  PTIN **P00347163** |
| Firm's name **STONEHENGE CONSULTING PLC** | | | Firm's EIN **61-1441770** |
| Firm's address **6500 BYRON CENTER AVE STE 200 BYRON CENTER, MI      49315** | | | Phone no. **616-891-1147** |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120-S** (2023)

DAA

05/06/2024 1:11 PM

| Form 1120-S (2023) | MATCHBOX BUSINESS, LLC | 81-1326769 | Page 2 |
|---|---|---|---|

## Schedule B   Other Information (see instructions)

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| 1 | Check accounting method: | **a** ☐ Cash  **b** ☒ Accrual | | | | |
| | | **c** ☐ Other (specify) .................................................... | | | | |
| 2 | See the instructions and enter the: | | | | | |
| | **a** Business activity FOOD SERVICE | **b** Product or service RESTAURANT | | | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a | | | | | |
| | nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | | | X |
| 4 | At the end of the tax year, did the corporation: | | | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any | | | | | |
| | foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) | | | | | |
| | below | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or | | | | | |
| | capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a | | | | | |
| | trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | | X |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | **(i)** Total shares of restricted stock | | | |
| | **(ii)** Total shares of non-restricted stock | | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | | X |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year | | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed | | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide | | | |
| | information on any reportable transaction? | | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ☐ | | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount | | | |
| | Instruments. | | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a | | | |
| | basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** | | | |
| | **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in | | | |
| | gain reduced by net recognized built-in gain from prior years. See instructions $ | | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business | | | |
| | in effect during the tax year? See instructions | | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years | | | |
| | preceding the current tax year are more than $29 million and the corporation has business interest expense. | | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | | |
| | If "Yes," complete and attach Form 8990, Limitation on Business Interest Expense Under Section 163(j). | | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | | |

Form **1120-S** (2023)

DAA

05/06/2024 1:11 PM

Form 1120-S (2023)   **MATCHBOX BUSINESS, LLC**                    81-1326769                    Page **3**

## Schedule B  Other Information (see instructions) *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction ............................................. $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? ............................... | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? .............................................. | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? ................................ | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ........................... $ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | | X |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) .................................... | 1 | 72,300 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) ............................... | 2 | |
| | 3a | Other gross rental income (loss) .................. | 3a | | |
| | b | Expenses from other rental activities (attach statement) .... | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a ............................ | 3c | |
| | 4 | Interest income ................................................... | 4 | 3,067 |
| | 5 | Dividends: a Ordinary dividends ............................................... | 5a | |
| | | b Qualified dividends ................ | 5b | | |
| | 6 | Royalties ...................................................... | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) ................. | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) ................. | 8a | |
| | b | Collectibles (28%) gain (loss) ................... | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) ...... | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) ................................. | 9 | |
| | 10 | Other income (loss) (see instructions)          Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) .................................... | 11 | |
| | 12a | Charitable contributions                  SEE STMT 3 | 12a | 350 |
| | b | Investment interest expense ......................................... | 12b | |
| | c | Section 59(e)(2) expenditures          Type: | 12c | |
| | d | Other deductions (see instructions)          Type: | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) ................................. | 13a | |
| | b | Low-income housing credit (other) ...................................... | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) ...... | 13c | |
| | d | Other rental real estate credits (see instructions)     Type: | 13d | |
| | e | Other rental credits (see instructions)          Type: | 13e | |
| | f | Biofuel producer credit (attach Form 6478) .................................. | 13f | |
| | g | Other credits (see instructions)          Type:     STMT 4 | 13g | 15,281 |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance     ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment ...................................... | 15a | −400 |
| | b | Adjusted gain or loss ............................................ | 15b | |
| | c | Depletion (other than oil and gas) ...................................... | 15c | |
| | d | Oil, gas, and geothermal properties – gross income ............................. | 15d | |
| | e | Oil, gas, and geothermal properties – deductions .............................. | 15e | |
| | f | Other AMT items (attach statement) ..................................... | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income .......................................... | 16a | |
| | b | Other tax-exempt income ........................................... | 16b | |
| | c | Nondeductible expenses ........................................... | 16c | 15,317 |
| | d | Distributions (attach statement if required) (see instructions) .................... | 16d | 28,900 |
| | e | Repayment of loans from shareholders ................................... | 16e | |
| | f | Foreign taxes paid or accrued ........................................ | 16f | |

Form **1120-S** (2023)

DAA

05/06/2024 1:11 PM

Form 1120-S (2023)   **MATCHBOX BUSINESS, LLC**            81-1326769                    Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **17a** | Investment income | **17a** | 3,067 |
| **b** | Investment expenses | **17b** | |
| **c** | Dividend distributions paid from accumulated earnings and profits | **17c** | |
| **d** | Other items and amounts (attach statement)      SEE STATEMENT 5 | | |
| **18** | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | **18** | 75,017 |

*Other Information* is the label for the 17a–d rows. *Reconciliation* is the label for row 18.

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| **1** | Cash | | -13,349 | | 11,713 |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | ( ) | | ( ) | |
| **3** | Inventories | | 28,835 | | 20,219 |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement)  STMT 6 | | 1,131,050 | | 1,072,445 |
| **7** | Loans to shareholders | | 135,000 | | 100,000 |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 341,144 | | 341,144 | |
| **b** | Less accumulated depreciation | ( 99,101) | 242,043 | ( 116,934) | 224,210 |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( ) | | ( ) | |
| **12** | Land (net of any amortization) | | 6,093 | | 6,093 |
| **13a** | Intangible assets (amortizable only) | 50,000 | | 50,000 | |
| **b** | Less accumulated amortization | ( 23,056) | 26,944 | ( 26,389) | 23,611 |
| **14** | Other assets (attach statement) | | | | |
| **15** | Total assets | | 1,556,616 | | 1,458,291 |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | 37,408 | | 25,001 |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | 58,038 | | |
| **18** | Other current liabilities (attach statement)  STMT 7 | | 64,414 | | 50,040 |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 1,354,445 | | 1,318,596 |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | | | |
| **23** | Additional paid-in capital | | 100,000 | | 100,000 |
| **24** | Retained earnings | | -57,689 | | -35,346 |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity | | 1,556,616 | | 1,458,291 |

Form **1120-S** (2023)

DAA

05/06/2024 1:11 PM

Form 1120-S (2023)   **MATCHBOX BUSINESS, LLC**                               81-1326769                        Page **5**

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 51,243 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | a | Tax-exempt interest $ ........................... | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ .................. 9,127 | | | a | Depreciation $ **STMT 9** ........... 670 | 670 |
| b | Travel and entertainment $ ................. 36 | | | | | |
| | **STMT 8** 15,281 | 24,444 | | 7 | Add lines 5 and 6 | 670 |
| 4 | Add lines 1 through 3 ..................... | | 75,687 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 .... | 75,017 |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -192,805 | | | |
| 2 | Ordinary income from page 1, line 22 | 72,300 | | | |
| 3 | Other additions **STMT 10** | 3,067 | | | |
| 4 | Loss from page 1, line 22 | ( | | | |
| 5 | Other reductions **STMT 11** | ( 15,667 ) | | ( | ) |
| 6 | Combine lines 1 through 5 | -133,105 | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -133,105 | | | |

Form **1120-S** (2023)

DAA

05/06/2024 1:11 PM

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

◆ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
◆ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| **MATCHBOX BUSINESS, LLC** | 81-1326769 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | **1** 28,835 |
| 2 | Purchases | **2** 279,766 |
| 3 | Cost of labor | **3** |
| 4 | Additional section 263A costs (attach schedule) | **4** |
| 5 | Other costs (attach schedule)                                             STMT 12 | **5** 104,998 |
| 6 | **Total.** Add lines 1 through 5 | **6** 413,599 |
| 7 | Inventory at end of year | **7** 20,219 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** 393,380 |

9a  Check all methods used for valuing closing inventory:

    (i)  ☒  Cost

    (ii)  ☐  Lower of cost or market

    (iii)  ☐  Other (Specify method used and attach explanation.) ◆

  b  Check if there was a writedown of subnormal goods ◆ ☐

  c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ◆ ☐

  d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO     **9d**

  e  If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions   ☐ Yes ☒ No

  f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.

Form **1125-A** (Rev. 11-2018)

DAA

05/06/2024 1:11 PM

**Form 1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

◆ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
◆ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| MATCHBOX BUSINESS, LLC | 81-1326769 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1  ERIC CHAITIN | -2091 | % | 50.000 % | % | |
| NATHAN ORANGE | -1518 | % | 50.000 % | % | 73,000 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers ................................................................ | 2 | 73,000 |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return .................................... | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 73,000 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

DAA

05/06/2024 1:11 PM

Form **8846**

Department of the Treasury
Internal Revenue Service

**Credit for Employer Social Security and Medicare Taxes Paid on Certain Employee Tips**

Attach to your tax return.
Go to *www.irs.gov/Form8846* for the latest information.

OMB No. 1545-0123

**2023**

Attachment
Sequence No. **846**

| Name(s) shown on return | Identifying number |
|---|---|
| **MATCHBOX BUSINESS, LLC** | **81-1326769** |

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage employer where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---:|
| **1** | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | **1** | **199,750** |
| **2** | Tips not subject to the credit provisions (see instructions) | **2** | **0** |
| **3** | Creditable tips. Subtract line 2 from line 1 | **3** | **199,750** |
| **4** | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $160,200, see instructions and check here ☐ | **4** | **15,281** |
| **5** | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | **5** | |
| **6** | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | **6** | **15,281** |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8846** (2023)

DAA

05/06/2024 1:11 PM

| Form **1120-S** | Section 199A Information Worksheet | **2023** |
|---|---|---|
| | For calendar year 2023 or tax year beginning , ending | |

| Name | Employer Identification Number |
|---|---|
| **MATCHBOX BUSINESS, LLC** | **81−1326769** |

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | **PAGE 1 ACTIVITY** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 72,300 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 359,893 | | | | |
| **Qualified property** | 341,141 | | | | |

**Other Information:**
QBI allocable to cooperative pmts received
W-2 wages allocable to qualified payments
Section 199A(g) deduction

**Section 199A REIT dividends**

5/6/2024  1:11 PM

81-1326769

# Federal Statements

## Statement 1 - Form 1120-S, Page 1, Line 5 - Other Income (Loss)

| Description | Amount |
|---|---:|
| REBATE INCOME | $   29,904 |
| OTHER (INCOME) EXPENSE | 67,260 |
| TOTAL | $   97,164 |

## Statement 2 - Form 1120-S, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---:|
| AUTOMOBILE EXPENSE | $   10,237 |
| BANK SERVICE CHARGES | 5,036 |
| CASH OVER & SHORT | -1,754 |
| CREDIT CARDS PROCESSING FEES | 35,295 |
| DECORATIONS EXPENSE | 374 |
| EQUIPMENT RENTAL EXPENSE | 4,451 |
| ERIC&APOS;S CHARGES | 3,139 |
| GENERAL LIABILITY EXPENSE | 8,178 |
| INSURANCE WORKERS COMP | 2,828 |
| LATE FEES | 946 |
| LEGAL AND ACCOUNTING | 17,080 |
| MISCELLANEOUS EXPENSE | 2,699 |
| MUSIC AND ENTERTAINMENT | 144 |
| OFFICE PRINTING AND SUPPLIES | 1,023 |
| PAYROLL EXPENSES | 5,688 |
| PEST CONTROL | 780 |
| POSTAGE AND DELIVERY | 126 |
| PROFESSIONAL SERVICES EXPENSE | 20,581 |
| RESEARCH & DEVELOPMENT | 17 |
| RESTAURANT TECHNOLOGY | 11,079 |
| SMALL EQUIPMENT EXPENSE | 1,131 |
| TELEPHONE & INTERNET EXPENSE | 5,574 |
| TRAVEL EXPENSE | 100 |
| UNIFORMS/LAUNDRY EXPENSE | 770 |
| UTILITIES EXPENSE | 32,413 |
| WAGES - SUB-CONTRACTOR | 1,557 |
| AMORTIZATION | 3,333 |
| 50% OF MEALS | 37 |
| TOTAL | $   172,862 |

## Statement 3 - Form 1120-S, Page 3, Schedule K, Line 12a - Cash Contributions

| Description | Cash Contrib 60% | Cash Contrib 30% | Total |
|---|---:|---:|---:|
| CONTRIBUTIONS EXPENSE | $   350 | $ | $   350 |
| TOTAL | $   350 | $   0 | $   350 |

1-3

5/6/2024  1:11 PM

81-1326769                    **Federal  Statements**

### Statement 4 - Form 1120-S, Page 3, Schedule K, Line 13g - Other Credits

| Description | Amount |
|---|---|
| EMPLOYER TIPS CREDIT | $       15,281 |
| TOTAL | $       15,281 |

### Statement 5 - Form 1120-S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
|---|---|
| SECTION 199A INFORMATION - SEE ATTACHED WRK | $ |

### Statement 6 - Form 1120-S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| DUE FROM BRANDYWINE PROPERTY | $       16,455 | $       16,455 |
| DUE FROM MERMAID | 428,496 | 436,157 |
| DUE TO/FROM OTTAWA BEACH | 686,099 | 619,433 |
| DUE FROM RIVER & ODI PROPERTI | | 400 |
| TOTAL | $    1,131,050 | $    1,072,445 |

### Statement 7 - Form 1120-S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| SALES TAX PAYABLE | $        6,527 | $        6,815 |
| DEFERRED REBATE INCOME | 28,500 | 19,500 |
| GIFT CERTIFICATES OUTSTANDING | 25,253 | 19,521 |
| ACCRUED PAYROLL | 4,134 | 4,204 |
| TOTAL | $       64,414 | $       50,040 |

### Statement 8 - Form 1120-S, Page 5, Schedule M-1, Line 3 - Expenses on Books Not on Return

| Description | Amount |
|---|---|
| EMPLOYER TIP CREDIT REDUCTION | $       15,281 |
| TOTAL | $       15,281 |

### Statement 9 - Form 1120-S, Page 5, Schedule M-1, Line 6 - Deductions on Return Not on Books

| Description | Amount |
|---|---|
| DEFERRED GIFT CERTIFICATE | $          670 |
| TOTAL | $          670 |

4-9

81-1326769 | **Federal Statements** | 5/6/2024  1:11 PM

### Statement 10 - Form 1120-S, Page 5, Schedule M-2, Line 3(a) - Other Additions

| Description | Amount |
|---|---|
| INTEREST INCOME | $ 3,067 |
| TOTAL | $ 3,067 |

### Statement 11 - Form 1120-S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| EMPLOYER TIP CREDIT REDUCTION | $ 15,281 |
| TRAVEL & ENTERTAINMENT | 36 |
| CHARITABLE CONTRIBUTIONS | 350 |
| TOTAL | $ 15,667 |

81-1326769        **Federal  Statements**

### Statement 12 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| PAPER PACKAGING COSTS | $ 9,211 |
| SUPPLIES - RESTAURANT | 55,814 |
| LIQUOR COST | 23,226 |
| WINE COST | 16,747 |
| TOTAL | $ 104,998 |

81-1326769

**Federal Statements**

5/6/2024  1:11 PM

Eric Chaitin
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

## Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| PAGE 1 MEALS | $ 18 |
| EMPLOYER TIP CREDIT REDUCTION | 7,640 |
| TOTAL | $ 7,658 |

## Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---|
| 8990 GROSS RECEIPTS FOR 2022 | 576,673 |
| 8990 GROSS RECEIPTS FOR 2021 | 476,897 |
| 8990 GROSS RECEIPTS FOR 2020 | 349,333 |

81-1326769

# Federal Statements
## Nathan Orange
### 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

5/6/2024  1:11 PM

## Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---:|
| PAGE 1 MEALS | $ 18 |
| EMPLOYER TIP CREDIT REDUCTION | 7,641 |
| TOTAL | $ 7,659 |

## Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---:|
| 8990 GROSS RECEIPTS FOR 2022 | 576,673 |
| 8990 GROSS RECEIPTS FOR 2021 | 476,898 |
| 8990 GROSS RECEIPTS FOR 2020 | 349,333 |

**Fill in this information to identify the case:**

Debtor name  **Matchbox Business, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  9, 2024**              X */s/ Nathan Orange*
                                              Signature of individual signing on behalf of debtor

                                              **Nathan Orange**
                                              Printed name

                                              **Member**
                                              Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Matchbox Business, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AKF Inc. d/b/a Fundkite 88 Pine Street 2430 New York, NY 10005** | | **All Receipts** | **Disputed** | **$232,474.38** | **$0.00** | **$232,474.38** |
| **Bond Schoeneck & King 600 Third Avenue 22nd Floor New York, NY 10016** | | **Legal Services** | | | | **$21,881.00** |
| **Busey Bank 100 W. University Ave Champaign, IL 61820** | | **Overdraft** | | | | **$323.88** |
| **Grand River Bank 4471 Wilson SW Grandville, MI 49418** | | **All Assets** | | **$55,552.00** | **$0.00** | **$55,552.00** |
| **Maurers Textile Rental Svcs 3900 Linden Ave SE Grand Rapids, MI 49548** | | **Rental Termination** | **Disputed** | | | **$39,979.31** |
| **Michigan Department of Treasury PO Box 30199 Lansing, MI 48909** | | **Sales Taxes - April 2024** | | | | **$5,739.00** |
| **Michigan Unemployment Insurance Agency 3024 Grand Blvd. Suite 12-300 Detroit, MI 48202** | | **First and Second Quarter 2023** | | | | **$1,289.58** |

Debtor **Matchbox Business, LLC**                              Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Nelbud Services 7996 Clyde Park Ave SW Byron Center, MI 49315** | | **Hood Cleaning Services** | | | | **$715.24** |
| **Small Business Admin. 1441 L Street NW Mail Code 5460 Washington, DC 20416** | | **All Assets** | | **$888,800.00** | **$0.00** | **$888,800.00** |
| **Small Business Admin. 1441 L Street NW Mail Code 5460 Washington, DC 20416** | | **All Assets** | | **$365,852.00** | **$0.00** | **$365,852.00** |
| **Van Eerden Foodservice Co 650 Ionia Ave SW Grand Rapids, MI 49503** | | **Perishable Food Service Vendor** | | | | **$24,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Matchbox Business, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*.................................................................................  $ _____ **0.00**

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*.............................................................................  $ _____ **187,265.00**

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*...............................................................................  $ _____ **187,265.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____ **1,542,678.38**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $ _____ **7,028.58**

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ _____ **86,899.43**

4. **Total liabilities** .................................................................................................
  Lines 2 + 3a + 3b    $ _____ **1,636,606.39**

Official Form 206Sum        **Summary of Assets and Liabilities for Non-Individuals**        page 1

**Fill in this information to identify the case:**

Debtor name      **Matchbox Business, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$5,016.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Huntington National Bank (****9804)** **Business Checking Account** | **Business Checking** | **9804** | **$5,761.00** |
| 3.2. | **Members First Credit Union (XXX6329)** **Checking** | **Business Checking** | **6329** | **$33,381.00** |
| 3.3. | **Huntington National Bank** **Savings Account** | **Savings Account** | **7228** | **$2.00** |
| 3.4. | **Members First Credit Union (***6329** **Savings Account** | **Savings Account** | **6329** | **$5.00** |
| 3.5. | **Toast (XXX1456)** **Savings Account** | **Savings Account** | **1456** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

Debtor   **Matchbox Business, LLC**                                    Case number *(If known)* _____
_____
Name

| | |
|---|---|
| 5. **Total of Part 1.** | **$44,165.00** |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

- ■ No.  Go to Part 3.
- ☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

- ☐ No.  Go to Part 4.
- ■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: _____ **1,700.00** - _____ **0.00** = .... **$1,700.00**
                                      face amount            doubtful or uncollectible accounts

| | |
|---|---|
| 12.    **Total of Part 3.** | **$1,700.00** |
| Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **Book Value of Estimated Food Inventory (changes daily): $10,000.00 Book Value of Estimated Alcohol Inventory (changes daily): $10,000.00** **Debtor's inventory is perishable food products and alcohol with limited liquidation value.  Debtor estimates the liquidation value at $5,000.00** | | **$0.00** | **Liquidation** | **$5,000.00** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Matchbox Business, LLC**                                    Case number *(If known)* _____
          Name

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                    | $5,000.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **See Schedule B, paragraph 50.** | $0.00 | | $0.00 |
| 40.  **Office fixtures** **See Schedule B., paragraph 50.** | $0.00 | | $0.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **See Schedule B, paragraph 50.** | $0.00 | | $0.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | $0.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor    **Matchbox Business, LLC**                                    Case number *(If known)* _____
Name

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Restaurant Equipment and Furnishings:**<br>**$25,900.00**<br>**Based on an appraisal of Matchbox's<br>Equipment and Furnishings conducted by<br>Miedema Appraisals on April 15, 2024.** | **$0.00** | Liquidation | $25,900.00 |

51.    **Total of Part 8.**                                                                                    | $25,900.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor   **Matchbox Business, LLC**                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| available. | | | | |
| 55.1. **Debtor leases the commercial premises located at: 1345  Lake Dr. SE Grand Rapids, Michigan 49506** **\*\* See Schedule G for additional information.** | | | | |
| | Lease | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                          | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** Matchboxdiner.com | $0.00 | | $500.00 |
| 62.    **Licenses, franchises, and royalties** **Liquor License: Class C** | $50,000.00 | | $50,000.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                          | $50,500.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No

Debtor    **Matchbox Business, LLC**                                    Case number *(if known)* _____
          <sub>Name</sub>

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
| --- | --- | --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)

       **Nate Orange**         **50,000.00** -          **0.00** =          **$50,000.00**
                               <sub>Total face amount</sub>    <sub>doubtful or uncollectible amount</sub>

       **River & ODI Properties, LLC**    **400.00** -    **400.00** =    **$0.00**
                               <sub>Total face amount</sub>    <sub>doubtful or uncollectible amount</sub>

       **Ottawa Beach Business, LLC**    **619,433.00** -    **619,433.00** =
                               <sub>Total face amount</sub>    <sub>doubtful or uncollectible amount</sub>
       **\*\*\*Ottawa Beach Business, LLC is no longer operating.  This note is believed to be uncollectible.**                **$0.00**

       **Mermaid Business, LLC**    **432,735.28** -    **432,735.28** =
                               <sub>Total face amount</sub>    <sub>doubtful or uncollectible amount</sub>
       **\*\*\*Mermaid Business, LLC is no longer operating.  This note is believed to be uncollectible.**                **$0.00**

       **Brandywine Property, LLC**    **10,000.00** -    **0.00** =    **$10,000.00**
                               <sub>Total face amount</sub>    <sub>doubtful or uncollectible amount</sub>

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **Potential Claim against Eric Chaitin for Breach of Fiduciary Duty**                                **$0.00**
       **Nature of claim**         Civil
       **Amount requested**         **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

Debtor __**Matchbox Business, LLC**__   Case number *(if known)* _____
_____Name_____

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$60,000.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor  **Matchbox Business, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $44,165.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,700.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $60,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $187,265.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $187,265.00 |

**Fill in this information to identify the case:**

Debtor name **Matchbox Business, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **AKF Inc. d/b/a Fundkite** | **Describe debtor's property that is subject to a lien** | **$232,474.38** | **$0.00** |

**2.1** **AKF Inc. d/b/a Fundkite**

Creditor's Name

**88 Pine Street**
**2430**
**New York, NY 10005**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**09/14/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**All Receipts**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Column A: **$232,474.38**     Column B: **$0.00**

---

**2.2** **Cloudfund, LLC**

Creditor's Name

**400 Rella Blvd**
**Suite 165-101**
**Suffern, NY 10901**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**12/29/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**All accounts, equipment, general intangibles, and inventory.**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$0.00**     Column B: **$0.00**

Debtor    **Matchbox Business, LLC**    Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Grand River Bank** | Describe debtor's property that is subject to a lien | **$55,552.00** | **$0.00** |

Creditor's Name

**4471 Wilson SW**
**Grandville, MI 49418**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
■ No
**03/28/2016**
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Small Business Admin.** | Describe debtor's property that is subject to a lien | **$365,852.00** | **$0.00** |

Creditor's Name

**1441 L Street NW**
**Mail Code 5460**
**Washington, DC 20416**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☐ No
**05/05/2020**
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Small Business Admin.** | Describe debtor's property that is subject to a lien | **$888,800.00** | **$0.00** |

Creditor's Name
**1441 L Street NW**
**Mail Code 5460**
**Washington, DC 20416**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No

---

Debtor **Matchbox Business, LLC**                                                    Case number (if known) _____
_____
Name

Creditor's email address, if known              ☐ **Yes**
_____
                                                **Is anyone else liable on this claim?**

**Date debt was incurred**                      ☑ No
_____
                                                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
_____
                                                **As of the petition filing date, the claim is:**
**Do multiple creditors have an**               Check all that apply
**interest in the same property?**
                                                ☐ Contingent
☑ No
                                                ☐ Unliquidated
☐ Yes. Specify each creditor,
including this creditor and its relative         ☐ Disputed
priority.
_____

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $1,542,678.3
| 8

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AKF, Inc.**<br>**C/O The Corporation**<br>**88 Pine Street**<br>**Suite 2430**<br>**NY 10050** | Line **2.1** | |
| **AKF, Inc.**<br>**Alex Shvarts, CEO**<br>**88 Pine Street**<br>**Suite 2430**<br>**New York, NY 10005** | Line **2.1** | |
| **Cloudfund, LLC**<br>**C/O Business Filings Inc.**<br>**187 Wolf Road**<br>**Suite 101**<br>**Albany, NY 12205** | Line **2.2** | |
| **Lisa Hall**<br>**Plunkett Cooney**<br>**333 Bridge St.**<br>**Suite 530**<br>**Grand Rapids, MI 49504** | Line **2.3** | |
| **Oleg A. Mestechin, Esq.**<br>**Mestechkin Law Group**<br>**2218 Ocean Avenue**<br>**Brooklyn, NY 11229** | Line **2.1** | |
| **US Attorney**<br>**ATTN: Donna Justice**<br>**330 Ionia St STE 501**<br>**Grand Rapids, MI 49503** | Line **2.4** | |

Debtor   **Matchbox Business, LLC**
_____
Name

Case number (*if known*) _____

**US Attorney**
**ATTN: Nicole Mazzocco**
**330 Ionia Ave NW**
**Suite 501**
**Grand Rapids, MI 49503**

Line   **2.4**

**Fill in this information to identify the case:**

Debtor name  **Matchbox Business, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Michigan Department<br>of Treasury<br>PO Box 30199<br>Lansing, MI 48909** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,739.00** | **$5,739.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Taxes - April 2024** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor  **Matchbox Business, LLC**                                        Case number (if known) _____
    Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,289.58 | $1,289.58 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Michigan Unemployment
Insurance Agency
3024 Grand Blvd.
Suite 12-300
Detroit, MI 48202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,289.58          $1,289.58

Date or dates debt was incurred

Basis for the claim:
**First and Second Quarter 2023**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,881.00 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Bond Schoeneck & King
600 Third Avenue
22nd Floor
New York, NY 10016**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,881.00

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Busey Bank
100 W. University Ave
Champaign, IL 61820**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$323.88

Date(s) debt was incurred _

Basis for the claim:  **Overdraft**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**City of Grand Rapids
Water System
1101 Monroe Avenue NW
Grand Rapids, MI 49503**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim:  **Water Bill: Current - for Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Consumers Energy
Bankruptcy Dept.
4600 Coolidge Hwy
Royal Oak, MI 48073**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim:  **Current - for Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**DTE Energy
Attention: Bankruptcy Dept.
P.O. Box 740786
Cincinnati, OH 45274**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim:  **Current - for notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Matchbox Business, LLC**
Name

Case number (if known) _____

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,979.31 |

**Maurers Textile Rental Svcs**
**3900 Linden Ave SE**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Rental Termination__

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.24 |

**Nelbud Services**
**7996 Clyde Park Ave SW**
**Byron Center, MI 49315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Hood Cleaning Services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |

**Van Eerden Foodservice Co**
**650 Ionia Ave SW**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2024_

Last 4 digits of account number __

Basis for the claim: __Perishable Food Service Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Courtey L. Nichols**<br>**Plunkett Cooney**<br>**38505 Woodward Ave., Ste. 100**<br>**Bloomfield Hills, MI 48304** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Michigan Attorney General**<br>**P.O. Box 30212**<br>**Lansing, MI 48909** | Line __2.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Michigan Attorney General**<br>**P.O. Box 30212**<br>**Lansing, MI 48909** | Line __2.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Partners Financial Servc**<br>**12166 Old Big Bend**<br>**Suite108**<br>**Saint Louis, MO 63122** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **US Attorney**<br>**ATTN: Donna Justice**<br>**220 Ionia St STE 501**<br>**Grand Rapids, MI 49503** | Line __2.1__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| Total of claim amounts |

Debtor    **Matchbox Business, LLC**
          Name

Case number (*if known*)

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **7,028.58** |
| **5b. Total claims from Part 2** | 5b. + | $ | **86,899.43** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **93,928.01** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Matchbox Business, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Commercial Real Property Lease for: 1345 Lake Dr. SE Grand Rapids, Michigan 49506 January 1, 2024 to January 1, 2025**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Brandywine Property, LLC d/b/a Orange Peel Properties 2528 Ashville Dr. NE Grand Rapids, MI 49525** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Restaurant Management Software**<br><br>State the term remaining **01/24 to 01/25**<br><br>List the contract number of any government contract | **Restaurant 365 500 Technology Dr. Suite 200 Irvine, CA 92618** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Vendor Agreement/Incentive Program**<br><br>State the term remaining **09/30/23 to 09/30/26**<br><br>List the contract number of any government contract | **Van Eerden Foodservice Co 650 Ionia Ave SW Grand Rapids, MI 49503** |

**Fill in this information to identify the case:**

Debtor name    **Matchbox Business, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Baldy's Smoked Meats** | **340 Water St. Saugatuck, MI 49453** | **AKF Inc. d/b/a Fundkite** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Dockside Marketplace Assoc.** | **1798 Ottawa Beach Rd Holland, MI 49424** | **AKF Inc. d/b/a Fundkite** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Eric A. Chaitin** | **6354 Riverside Rd Fennville, MI 49408** | **Small Business Admin.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Eric A. Chaitin** | **6354 Riverside Rd Fennville, MI 49408** | **AKF Inc. d/b/a Fundkite** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **James R. Bultema** | **225 El Centro Grand Rapids, MI 49506** | **Small Business Admin.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Debtor  **Matchbox Business, LLC**                                           Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Mermaid Business, LLC** | 340 Water St. Saugatuck, MI 49453 | **AKF Inc. d/b/a Fundkite** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Mermaid Business, LLC** | 340 Water St. Saugatuck, MI 49453 | **Cloudfund, LLC** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **OBI Business, LLC** | d/b/a Playa Tacos and Tequila 2155 Ottawa Beach Rd Holland, MI 49408 | **AKF Inc. d/b/a Fundkite** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **OBI Business, LLC** | 6354 Riverside Rd Fennville, MI 49408 | **Cloudfund, LLC** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.10 | **OBI Business, LLC** | d/b/a Playa Tacos and Tequila 2155 Ottawa Beach Rd Holland, MI 49408 | **Cloudfund, LLC** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.11 | **River and ODI Properties, LLC** | 6354 Riverside Rd Fennville, MI 49408 | **AKF Inc. d/b/a Fundkite** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name  **Matchbox Business, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$314,043.00** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,072,199.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,143,596.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | **Employee Retention Credit** | **$67,260.00** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | **Rebate** | **$29,904.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | **Rebate** | **$9,750.00** |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

Debtor   **Matchbox Business, LLC**                                          Case number *(if known)*

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Michigan Department of Treasury**<br>**PO Box 30199**<br>**Lansing, MI 48909** | **Approximately $10,000.00** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **February and March Sales Taxes** |
| 3.2.   **Van Eerden Foodservice Co**<br>**650 Ionia Ave SW**<br>**Grand Rapids, MI 49503** | **Approximately $9,000.00 per week. Debtor will work with his accountant to calculate the 90 day period and file an amendment.** | **$120,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3.   **Grand River Bank**<br>**4471 Wilson SW**<br>**Grandville, MI 49418** | **Monthly** | **$9,110.07** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Matchbox Business, LLC**                                          Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **AKF Inc., d/b/a Fundkite v. OBI Business, LLC et al 656339/2023** | Civil | Supreme Court of the State of New York County of New York 80 Centre St. New York, NY 10013 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Charitable Gift** | **$350.00 to** | **2023** | **$350.00** |
| Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor  **Matchbox Business, LLC**                                      Case number *(if known)* _____

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **CBH Attorneys & Counselors, PLLC.** **25 Division Avenue S., Suite 500** **Grand Rapids, MI 49503** | **Attorney Fees $18,141.00 (including Filing Fee: $1,738.00 and Miedema Appraisal $1,700.00)** | **05/09/24** | **$21,579.00** |
| **Email or website address** **Steve@cbhattorneys.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any transfers or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **OBI Business, LLC** **d/b/a Playa Tacos and Tequila** **2155 Ottawa Beach Rd** **Holland, MI 49408** | **Loaned Operating Funds (see Schedule B)** | **2021-2022** | **$619,433.00** |
| **Relationship to debtor** **Restaurant owned by Eric Chaitin** | | | |
| 13.2. **Mermaid Business, LLC** **340 Water St.** **Saugatuck, MI 49453** | **Loaned Operating Funds** | **2021-2022** | **$436,157.00** |
| **Relationship to debtor** **Restaurant owned by Eric Chaitin** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor    **Matchbox Business, LLC**                                    Case number *(if known)*

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Busey Bank**<br>**100 West University Avenue**<br>**Champaign, IL 61820** | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **December 2023 - negative at closing** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Matchbox Business, LLC**                                      Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

■ None

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |

| Debtor | Matchbox Business, LLC | Case number (if known) | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Stonehenge Consulting PLC**<br>**6500 Byron Center Ave SW**<br>**Suite 200**<br>**Byron Center, MI 49315** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Stonehenge Consulting PLC**<br>**6500 Byron Center Ave SW**<br>**Suite 200**<br>**Byron Center, MI 49315** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Nathan Orange** | **April 2024** | **Food: $12,158.70**<br>**Alcohol $9,997.81** |

| Name and address of the person who has possession of inventory records |
|---|
| **Matchbox Business, LLC**<br>**1345 Lake Drive SE**<br>**Grand Rapids, MI 49506** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nathan Orange** | **2528 Ashville Dr. NE**<br>**Grand Rapids, MI 49525** | **Member** | **50** |

Debtor    **Matchbox Business, LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Eric Chaitin** | **6354 Riverside Rd**<br>**Fennville, MI 49408** | **Member** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|------|------|------|
| 30.1. **Nathan Orange**<br>**2528 Ashville Dr. NE**<br>**Grand Rapids, MI 49525** | **$73,000.00** | **May 8, 2023 to May 8, 2024** | **Salary/Wages** |
| Relationship to debtor<br>**Member** | | | |
| 30.2. **Eric Chaitin**<br>**6354 Riverside Rd**<br>**Fennville, MI 49408** | **Leased Vehicle - monthly payment of $853 per month ($6,824.00)** | **May 2024 to December 2024** | |
| Relationship to debtor<br>**Member** | | | |
| 30.3. **C.O.**<br>**Nathan Orange's Minor Child**<br>**2528 Ashville Dr. NE**<br>**Grand Rapids, MI 49525** | **$14,734.00** | | **Wages** |
| Relationship to debtor<br>**Child of Member** | | | |
| 30.4. **J.O.**<br>**Nathan Orange's Minor Child**<br>**2528 Ashville Dr. NE**<br>**Grand Rapids, MI 49525** | **$14,734.00** | | **Wages** |
| Relationship to debtor<br>**Child of Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

Debtor    **Matchbox Business, LLC**                          Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  9, 2024**

**/s/ Nathan Orange**                                    **Nathan Orange**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re  **Matchbox Business, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eric Chaitin**<br>**6354 Riverside Rd**<br>**Fennville, MI 49408** | | **50** | |
| **Nathan Orange**<br>**2528 Ashville Dr. NE**<br>**Grand Rapids, MI 49525** | | **50** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May  9, 2024**

Signature  **/s/ Nathan Orange**

**Nathan Orange**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Western District of Michigan

In re    **Matchbox Business, LLC**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May  9, 2024**

**/s/ Nathan Orange**

**Nathan Orange/Member**
Signer/Title

AKF INC. D/B/A FUNDKITE
88 PINE STREET
2430
NEW YORK NY 10005


AKF, INC.
C/O THE CORPORATION
88 PINE STREET
SUITE 2430
NY 10050


AKF, INC.
ALEX SHVARTS, CEO
88 PINE STREET
SUITE 2430
NEW YORK NY 10005


BALDY'S SMOKED MEATS
340 WATER ST.
SAUGATUCK MI 49453


BOND SCHOENECK & KING
600 THIRD AVENUE
22ND FLOOR
NEW YORK NY 10016


BRANDYWINE PROPERTY, LLC
D/B/A ORANGE PEEL PROPERTIES
2528 ASHVILLE DR. NE
GRAND RAPIDS MI 49525


BUSEY BANK
100 W. UNIVERSITY AVE
CHAMPAIGN IL 61820


CITY OF GRAND RAPIDS
WATER SYSTEM
1101 MONROE AVENUE NW
GRAND RAPIDS MI 49503


CLOUDFUND, LLC
400 RELLA BLVD
SUITE 165-101
SUFFERN NY 10901

```
CLOUDFUND, LLC
C/O BUSINESS FILINGS INC.
187 WOLF ROAD
SUITE 101
ALBANY NY 12205


CONSUMERS ENERGY
BANKRUPTCY DEPT.
4600 COOLIDGE HWY
ROYAL OAK MI 48073


COURTEY L. NICHOLS
PLUNKETT COONEY
38505 WOODWARD AVE., STE. 100
BLOOMFIELD HILLS MI 48304


DOCKSIDE MARKETPLACE ASSOC.
1798 OTTAWA BEACH RD
HOLLAND MI 49424


DTE ENERGY
ATTENTION: BANKRUPTCY DEPT.
P.O. BOX 740786
CINCINNATI OH 45274


ERIC A. CHAITIN
6354 RIVERSIDE RD
FENNVILLE MI 49408


GRAND RIVER BANK
4471 WILSON SW
GRANDVILLE MI 49418


INTERNAL REVENUE
PO BOX 7346
PHILADELPHIA PA 19101-7346


JAMES R. BULTEMA
225 EL CENTRO
GRAND RAPIDS MI 49506


LISA HALL
PLUNKETT COONEY
333 BRIDGE ST.
SUITE 530
GRAND RAPIDS MI 49504
```

MAURERS TEXTILE RENTAL SVCS
3900 LINDEN AVE SE
GRAND RAPIDS MI 49548


MERMAID BUSINESS, LLC
340 WATER ST.
SAUGATUCK MI 49453


MICHIGAN ATTORNEY GENERAL
P.O. BOX 30212
LANSING MI 48909


MICHIGAN DEPARTMENT
OF TREASURY
PO BOX 30199
LANSING MI 48909


MICHIGAN UNEMPLOYMENT
INSURANCE AGENCY
3024 GRAND BLVD.
SUITE 12-300
DETROIT MI 48202


NELBUD SERVICES
7996 CLYDE PARK AVE SW
BYRON CENTER MI 49315


OBI BUSINESS, LLC
D/B/A PLAYA TACOS AND TEQUILA
2155 OTTAWA BEACH RD
HOLLAND MI 49408


OBI BUSINESS, LLC
6354 RIVERSIDE RD
FENNVILLE MI 49408


OLEG A. MESTECHIN, ESQ.
MESTECHKIN LAW GROUP
2218 OCEAN AVENUE
BROOKLYN NY 11229


PARTNERS FINANCIAL SERVC
12166 OLD BIG BEND
SUITE108
SAINT LOUIS MO 63122

```
RESTAURANT 365
500 TECHNOLOGY DR.
SUITE 200
IRVINE CA 92618


RIVER AND ODI PROPERTIES, LLC
6354 RIVERSIDE RD
FENNVILLE MI 49408


SMALL BUSINESS ADMIN.
1441 L STREET NW
MAIL CODE 5460
WASHINGTON DC 20416


US ATTORNEY
ATTN: DONNA JUSTICE
330 IONIA ST STE 501
GRAND RAPIDS MI 49503


US ATTORNEY
ATTN: NICOLE MAZZOCCO
330 IONIA AVE NW
SUITE 501
GRAND RAPIDS MI 49503


US ATTORNEY
ATTN: DONNA JUSTICE
220 IONIA ST STE 501
GRAND RAPIDS MI 49503


VAN EERDEN FOODSERVICE CO
650 IONIA AVE SW
GRAND RAPIDS MI 49503
```

# United States Bankruptcy Court
## Western District of Michigan

In re   **Matchbox Business, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Matchbox Business, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  9, 2024**

Date

**/s/ Steven M. Bylenga**

**Steven M. Bylenga P73492**

Signature of Attorney or Litigant

Counsel for   **Matchbox Business, LLC**

**CBH Attorneys & Counselors, PLLC.**
**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**
**616-608-3061 Fax:616-719-3782**
**nikki@chasebylenga.com**