UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| Matchbox Business, LLC, | Case No. DG24-01263 |
| | Chapter 111, Subchapter V |
| | Honorable Scott W. Dales |
| | Chief Judge |

_____ Debtor./

UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PAY EMPLOYEE OBLIGATIONS

Andrew R. Vara, United States Trustee for Regions 3 and 9, pursuant to his authority under 11 U.S.C. Section 307 and 28 U.S.C. Section 586(a)(3), files this objection to Debtor's Motion for Entry of an Order Authorizing Debtor to Pay Employee Obligations (DN 4), for the following reasons:

1.    Pursuant to 28 U.S.C. § 586, the United States Trustee ("UST") is charged with the administrative oversight of cases commenced pursuant to Title 11 of the United States Bankruptcy Code.

2. The Debtor filed a petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code on May 9, 2024.

3. The Debtor has filed a Debtor's Motion for Entry of an Order Authorizing Debtor to Pay Employee Obligations. The Court has set the Debtor's Motion for hearing May 15, 2024 at 10:00 a.m., and required objections, if any, to be filed by May 14, 2024 at 4:00 p.m.

4. The United States Trustee objects to approval of the Motion because there is a material omission at DN 4, page 2, paragraph 10. The second sentence discloses that some of the employees are insiders, but omits the number of insiders. It seems apparent that the number of insiders is three, but the numeral is omitted from the sentence. The United States Trustee has drawn the debtor's attention to this omission and requested that an amendment be filed to correct the omission, but as of the filing of this objection, an amendment has not been filed by the debtor.

For all the above reasons, the United States Trustee asks that the Court deny approval of the motion until and unless the omission is corrected by the filing of an amended motion, or that the Court grant such other relief as the Court may deem just.

                                              Respectfully submitted,
                                              ANDREW R. VARA
                                              United States Trustee
                                              Regions 3 and 9

Date:_____                    By:_____
                                              By: */s/ Michael V. Maggio*
                                              Michael V. Maggio
                                              Trial Attorney
                                              Office of the United States Trustee
                                              United States Department of Justice
                                              The Ledyard Building, Second Floor
                                              125 Ottawa Avenue NW, Suite 200R
                                              Grand Rapids, Michigan 49503
                                              Tel: (616) 456-2486